| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Imua Bluehens, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Imua Bluehens II, LLC; Imua Waipio, LLC; Piilani Group, LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>26-0596031 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>94-1221 Ka Uka Blvd.    94-1201 Ka Uka Blvd.<br>Waipahu, HI    Waipahu, HI<br>ZIP CODE 96797 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Honolulu | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 11690<br>Honolulu, HI<br>ZIP CODE 96828 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE 96797 | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Real Estate Ownership | ☐ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                              Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.           business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>on 4/01/13 and every three years thereafter*).<br>------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>   distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Imua Bluehens, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)                                                                                                       Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Imua Bluehens, LLC |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney\*** <br><br>X  /s/ Jerrold K. Guben<br>Signature of Attorney for Debtor(s)<br>Jerrold K. Guben<br>Printed Name of Attorney for Debtor(s)<br>O'Connor Playdon & Guben LLP<br>Firm Name<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813<br>Address<br>(808) 524-8350; Email: jkg@opglaw.com<br>Telephone Number<br>6-17-2011<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br>X _____<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ James K. Kai<br>Signature of Authorized Individual<br>JAMES K. KAI<br>Printed Name of Authorized Individual<br>Manager<br>Title of Authorized Individual<br>6-17-2011<br>Date | |

# RESOLUTION OF THE MANAGER(s) OF
# IMUA BLUEHENS, LLC
## a Hawaii limited liability company

WHEREAS, the undersigned, as the Manager of Imua Bluehens, LLC, a Delaware limited liability company (the "Company"), at a meeting held on June 16, 2011, upon decision of the Manager of the Company, and upon the recommendation of the Company's professional advisors, has determined that is desirable, fair, reasonable, and in the best interest of the Company and the Company's creditors, stockholders and other interested parties for the Company to file a petition seeking relief under the provisions of Chapter 11 of Title 11, United States Code ("Bankruptcy Code").

NOW, THEREFORE, BE IT

1. <u>Filing and Prosecution of Bankruptcy Case.</u>

RESOLVED, that it is desirable and in the best interests of the Company and its creditors, and other interested parties to authorize the Manager to cause to be filed a petition in the name of the Company ("Chapter 11 Petition") seeking relief under the provisions of Chapter 11 of the Bankruptcy Code ("Chapter 11 case"); and it is further

RESOLVED, that the Manager be, and each hereby is, authorized and directed to execute the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the District of Hawaii ("Bankruptcy Court"), in such form and at such time as such officer(s) shall determine; and it is further

RESOLVED, that the Manager be, and each hereby is, authorized and directed to take all actions necessary to restructure the financial affairs of the Company, including causing to be filed in the bankruptcy case a Disclosure Statement and a Plan of Reorganization ("Plan"), and to seek confirmation of the Plan by the Bankruptcy Court, with such amendments as may be required by the Bankruptcy Court; and it is further

RESOLVED, that the Manager be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and

in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case.

2. Employment of Professionals.

RESOLVED, that the law firm of O'Connor Playdon & Guben LLP hereby is employed as bankruptcy counsel for the Company in the Chapter 11 case, and the Manager of the Company is hereby authorized and directed to execute appropriate agreements, upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of O'Connor Playdon & Guben LLP; and it is further

RESOLVED, that the Manager of the Company be, and they hereby, authorized and directed to retain any other firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Manager of the Company is hereby authorized and directed to execute appropriate agreements and cause to be filed an appropriate application for authority to retain the services of such firm; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by its Manager to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

3. General Authorizing, Resolution.

RESOLVED, that the Manager be, shall have full authority to act and is authorized and directed, on behalf of the Company, under the Company's seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a Chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that all authorized actions, transactions, or agreements undertaken prior to the adoption of these resolutions by any the Manager of the Company on behalf of the Company in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Company; and it is further

RESOLVED, that the Manager be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Company.

4.  **Designation of Responsible Person.**

RESOLVED, that Sean Nakamoto, be and hereby appointed as the person responsible for performing the duties and responsibilities of the debtor in the proposed Chapter 11 proceeding and authorized to file the petition.

The undersigned does hereby further certify that the foregoing resolution are in full force and effect as of the date hereof.

DATED: June 17, 2011.

IMUA BLUEHENS, LLC<br>
a Delaware Limited Liability Corporation

By _____<br>
JAMES K. KAI,<br>
Manager of Pi'ilani Group, LLC,

| Debtor: **Imua Bluehens, LLC** | Case No. (if known): <br> Chapter 11 |
|---|---|

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) <br> Name of creditor and complete mailing address including zip code | (2) <br> Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) <br> Nature of claim (trade debt, bank loan, government contract, etc.) | (4) <br> Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) <br> Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1  Sky USA dba Ninja Sushi <br> 98-2078F Kaahumanu Street <br> Pearl City, HI 96782 | Boe Saeng Youn | | | $18,000.00 |
| 2  Jade Properties <br> 1111 Bishop St, 3511 <br> Honolulu, HI 96813 | Darrell Mattos | | | $14,797.94 |
| 3  CB Richard Ellis <br> 1003 Bishop St., #1800 <br> Honolulu, HI 96813 | | | | $10,540.57 |
| 4  Rolloffs Hawaii <br> PO Box 30046 <br> Honolulu, HI 96820 | | | | $2,402.52 |
| 5  Board of Water Supply <br> 630 S. Beretania St. <br> Honolulu, HI 96813 | | | | $9,928.87 |
| 6  Hawaii State Tax Collector <br> 830 Punchbowl St. #203 <br> Honolulu, HI 96813 | Mrs. Fajaran | | | $7,090.15 |
| 7  Protech <br> 94-081 Lumimao St. <br> Waipahu, HI 96797 | | | | $937.17 |
| 8  Schindler Elevator <br> PO Box 93050 <br> Chicago, IL 60673-3050 | | Elevator Service | | $870.09 |
| 9  Backdraft Fire Protection <br> PO Box 700334 <br> Kapolei, HI 96709 | Mark Wong | | | $571.20 |
| 10  Hirai & Hirai <br> 220 South King Street, Suite 950 <br> Honolulu, Hawaii 96813 | Todd Hirai | | | $1,110.74 |

| Debtor: Imua Bluehens, LLC | | | Case No. (if known):  Chapter 11 | |
|---|---|---|---|---|

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 11 Hawaiian Telcom<br>PO Box 30770<br>Honolulu, HI 96820 | | Telephone Service | | $82.43 |
| 12 Chem Systems, Inc.<br>PO Box 17716<br>Honolulu, HI 96817 | Wayne Ono | | | $328.80 |
| 13 Alan Yukitomo, CPA<br>761 Kapulena Lp.<br>Honolulu, HI 96825 | Alan Yukitomo | | | |
| 14 HECO<br>PO Box 3978<br>Honolulu, HI 96812 | | Electric Service | | $3,557.48 |
| 15 Cornerstone Air Conditioning<br>1318-D Hart Street, #A7<br>Honolulu, HI 96817 | Glenn Ogasawa | | | |
| 16 Disposable Products, Inc.<br>94-1388 Moaniani St., #240<br>Waipahu, HI 96797 | | | | |
| 17 Gentry Waipio Industrial Association<br>C/O Sofos Realty Corp.<br>600 Kapiolani Blvd. #200<br>Honolulu, HI 96813 | Carrie Naihe | | | |
| 18 Lelehunekaua, LLC<br>Attn: Chris Chang<br>2401 Maunalaha Rd.<br>Honolulu, HI 96822 | | Landscaping service | | $19,944.86 |
| 19 Pi'ilani Group, LLC<br>PO Box 11768<br>Honolulu, HI 96828 | | Management Company | | $103,813.48 |
| 20 | | | | |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____

/s/ _____
Signature

SEAN NAKAMOTO
Print Name and Title

Backdraft Fire Protection
Attn: Mark Wong
PO Box 700334
Kapolei, HI 96709


Board of Water Supply
Attn: Bill Payment
630 S. Beretania St.
Honolulu, HI 96813


CB Richard Ellis
Attn: Accounts Receivable
1003 Bishop St., #1800
Honolulu, HI 96813


Chemsystems, Inc.
Attn: Wayne Ono
PO Box 17716
Honolulu, HI 96817


City and County of Honolulu
Attn: Real Property Tax office
530 South King Street, Room 115
Honolulu, HI 96813


Cornerstone Air Conditioning, Inc.
Attn: Glenn Ogasawara
1318-D Hart Street, #A7
Honolulu, HI 96817


Disposable Products, Inc.
94-1388 Moaniani St., #240
Waipahu, HI 96797


Gentry Waipio Industrial Association
Attn: Carrie Naihe
C/O Sofos Realty Corp.
600 Kapiolani Blvd. #200
Honolulu, HI 96813

Hawaii State Tax Collector
Attn: Mrs. Fajaran
830 Punchbowl St. #203
Honolulu, HI 96813


Hawaiian Electric Co.
PO Box 3978
Honolulu, HI 96812


Hawaiian Telcom
PO Box 30770
Honolulu, HI 96820


Hirai & Hirai
Attn: Todd Hirai
220 South King Street, Suite 950
Honolulu, Hawaii 96813


Honolulu Advertiser
C/O Star Advertiser
(need to get address-credit collector)


Higashi, Rachel
C/O Carl Higashi
1026D Awamalu St.
Honolulu, HI 96825
Waipahu, HI 96797


Jade Properties
Attn: Darrell Mattos
1111 Bishop St, 3511
Honolulu, HI 96813


Kai, James K.
824 Kainui Place
Kailua, HI 96734

Kauahi, Kendall
47-478 Po'ohala Pl.
Kaneohe, HI 97644


LNR Partners, LLC
GCCFC 2007-GG11 Ka Uka Boulevard, LLC
1601 Washington Avenue, Suite 700
Miami Beach, FL 33139


Lee, Joe & Winnona
1655 Kalauipo St
Pearl City, HI 96782


Lelehunekaua, LLC
Attn: Chris Chang
2401 Maunalaha Rd.
Honolulu, HI 96822


Nakamoto, Sean
PO Box 11768
Honolulu, HI 96828


Okamura, Brian & Deb
2100 Date St., #2504
Honolulu, HI 96826


Pi'ilani Group, LLC
PO Box 11768
Honolulu, HI 96828


Protech
94-081 Lumimao St.
Waipahu, HI 96797


Rolloffs Hawaii
PO Box 30046
Honolulu, HI 96820

Schindler Elevator
PO Box 93050
Chicago, IL 60673-3050


SKY USA dba Ninja Sushi
Attn: Bo Saeng Youn
98-2078F Kaahumanu St.
Pearl City, Hawaii 96782


State Farm
PO Box 2746
Jacksonville, FL 32232


Well Fargo (Greenwich Capital)
D1086-120, 12th Floor
550 South Tryon Street
Charlotte, NC 28202


Yukitomo, Alan
761 Kapulena Lp.
Honolulu, HI 96825


Diebold
P.O. Box 643543
Pittsburgh, PA  15264


Ruben Inocencio
95-1060 Puneki Street
Mililani, HI  96789


Safeguard Systems
P.O. Box 15732
Honolulu, HI  96815

Filer's Name, Address, Phone, Fax, Email:
REINWALD O'CONNOR & PLAYDON LLP
JERROLD K. GUBEN 3107-0
JEFFERY S. FLORES 8691-0
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
jkg@opglaw.com; jsf@opglaw.com

Attorney for Debtor, Imua Bluehens, LLC



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_1007-2d (12/09)

| Debtor: | Case No.: |
|---|---|
| Joint Debtor: (if any) | Chapter: **11** |

## VERIFICATION OF CREDITOR MATRIX

The undersigned certifies under penalty of perjury that:

1. All entities included on schedules D, E, F, G, and H have been listed in the attached creditor matrix; and

2. The names and addresses of the entities listed in the matrix are true and correct to the best of my knowledge.

/s/ _____
Debtor  SEAN NAKAMOTO

Dated: 6·17·2011

/s/ _____
Joint Debtor

Dated: _____

*Note:* After the original creditor matrix is filed with the court, there is a $26 fee to add or delete creditors. No fee is due if a change involves only the address of a creditor already listed, or if the name or address of a creditor's attorney is being added.